# IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 20-_____** |
| v. | : | **DATE FILED:_____** |
| **GEOFFREY HINES** | : | **VIOLATIONS:** |
| | | 18 U.S.C. § 2422(b) (use of an interstate |
| | : | commerce facility to entice a minor to |
| | | engage in sexually explicit conduct – 14 |
| | : | counts) |
| | | 18 U.S.C. § 2251(a), (e) (manufacture and |
| | | attempted manufacture of child |
| | : | pornography – 14 counts) |
| | | 18 U.S.C. § 2252(a)(4)(B), (b)(2) |
| | : | (possession of child pornography – 1 |
| | | count) |
| | : | **Notice of forfeiture** |

## INDICTMENT

## COUNTS ONE THROUGH FOURTEEN

**THE GRAND JURY CHARGES THAT:**

On or about the dates listed below, each date constituting a separate offense, in the Eastern District of Pennsylvania, and elsewhere, defendant

### GEOFFREY HINES

used a facility and means of interstate and foreign commerce, that is, the Internet, to knowingly persuade, induce, entice and coerce the minors listed below, each under the age of 18 years and known to the grand jury, to engage in sexual activity for which any person could be charged with a criminal offense, that is, the manufacture and the attempted manufacture of child pornography, in violation of Title 18, United States Code, Section 2251(a), and attempted to do so.

1

| Count | Date | Child |
|---|---|---|
| One | Between September 18 and November 6, 2015 | Minor #1 |
| Two | Between October 25 and October 26, 2015 | Minor #2 |
| Three | June 12, 2019 | Minor #3 |
| Four | Between July 2 and July 3, 2019 | Minor #4 |
| Five | December 22, 2019 | Minor #5 |
| Six | December 22, 2019 | Minor #6 |
| Seven | Between January 18 and January 19, 2020 | Minor #7 |
| Eight | January 20, 2020 | Minor #8 |
| Nine | January 26, 2020 | Minor #9 |
| Ten | February 11, 2020 | Minor #10 |
| Eleven | February 17, 2020 | Minor #11 |
| Twelve | February 17, 2020 | Minor #12 |
| Thirteen | February 17, 2020 | Minor #13 |
| Fourteen | February 17, 2020 | Minor #14 |

All in violation of Title 18, United States Code, Section 2422(b).

## COUNTS FIFTEEN THROUGH TWENTY-EIGHT

**THE GRAND JURY FURTHER CHARGES THAT:**

On or about the dates listed below, each date constituting a separate offense, in the Eastern District of Pennsylvania, and elsewhere, defendant

**GEOFFREY HINES**

employed, used, persuaded, induced, enticed, and coerced the minors listed below, each under the age of 18 years and known to the grand jury, to engage in sexually explicit conduct for the purpose of producing a visual depiction of that conduct, and attempted to do so, that is, by enticing and directing the minors to engage in sexually explicit conduct over live-stream which defendant HINES then surreptitiously recorded, and defendant HINES knew and had reason to know that the visual depictions would be transported and transmitted using a facility of interstate and foreign commerce and in and affecting interstate and foreign commerce, and the visual depictions were produced and transmitted using materials that had been mailed and shipped and transported in and affecting interstate or foreign commerce by any means including by computer, and such visual depictions were actually transported and transmitted using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce:

| Count | Date | Child |
|---|---|---|
| Fifteen | Between September 18 and November 6, 2015 | Minor #1 |
| Sixteen | Between October 25 and October 26, 2015 | Minor #2 |
| Seventeen | June 12, 2019 | Minor #3 |
| Eighteen | Between July 2 and July 3, 2019 | Minor #4 |
| Nineteen | December 22, 2019 | Minor #5 |
| Twenty | December 22, 2019 | Minor #6 |
| Twenty-One | Between January 18 and January 19, 2020 | Minor #7 |
| Twenty-Two | January 20, 2020 | Minor #8 |
| Twenty-Three | January 26, 2020 | Minor #9 |
| Twenty-Four | February 11, 2020 | Minor #10 |

| | | |
|---|---|---|
| Twenty-Five | February 17, 2020 | Minor #11 |
| Twenty-Six | February 17, 2020 | Minor #12 |
| Twenty-Seven | February 17, 2020 | Minor #13 |
| Twenty-Eight | February 17, 2020 | Minor #14 |

All in violation of Title 18, United States Code, Sections 2251(a), (e).

## COUNT TWENTY-NINE

**THE GRAND JURY FURTHER CHARGES THAT:**

On or about May 19, 2020, in the Eastern District of Pennsylvania, defendant

**GEOFFREY HINES**

knowingly possessed matter, that is, a custom-built desktop computer, serial number FD-CA-DEF-R4-BL, containing one 1TB Seagate hard drive, a Toshiba external USB 500GB hard drive, serial number Y3NKSOL6SRE8, a Hewlett Packard laptop Model Pavillion computer, serial number CND290493, and a SanDisk Cruzer 16GB flash drive, which contained visual depictions that had been shipped and transported in interstate and foreign commerce and which were produced using materials that had been mailed, shipped, and transported in interstate and foreign commerce. The production of these visual depictions involved the use of a minor engaging in sexually explicit conduct and the visual depictions were of a minor engaging in sexually explicit conduct. The minors depicted included prepubescent minors and minors who had not attained 12 years of age.

In violation of Title 18, United States Code, Sections 2252(a)(4)(B), (b)(2).

## NOTICE OF FORFEITURE

**THE GRAND JURY FURTHER CHARGES THAT:**

1. As a result of the violations of Title 18, United States Code, Sections 2422(b), 2251(a), and 2252(a)(4)(B), as set forth in this indictment, defendant

**GEOFFREY HINES**

shall forfeit to the United States of America:

(a) any visual depiction, or any film, videotape, or other matter which contains any child pornography, which was produced, transported, mailed, shipped, or received as a result of such violations as charged in the indictment;

(b) any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from such violations; and

(c) any property, real or personal, used or intended to be used to commit or to promote the commission of such violations, including, but not limited to:

   (1) One custom-built desktop computer, bearing serial number FD-CA-DEF-R4-BL, containing one 1TB Seagate hard drive;

   (2) One Toshiba external USB 500GB hard drive, bearing serial number Y3NKSOL6SRE8;

   (3) One Hewlett Packard laptop Model Pavillion computer, bearing serial number CND290493; and

   (4) One 16GB SanDisk Cruz flash drive.

All pursuant to Title 18, United States Code, Sections 2428 and 2253.

_[signature]_
WILLIAM M. McSWAIN
United States Attorney

No._____

**UNITED STATES DISTRICT COURT**

Eastern District of Pennsylvania

<u>Criminal Division</u>

THE UNITED STATES OF AMERICA

vs.

**GEOFFREY HINES**

INDICTMENT
Counts
18 U.S.C. § 2422(b) (use of an interstate commerce facility to entice a minor to engage in sexually explicit conduct – 14 counts)
18 U.S.C. § 2251(a), (e) (manufacture and attempted manufacture of child pornography – 14 counts)
18 U.S.C. § 2252(a)(4)(B), (b)(2) (possession of child pornography – 1 count)
Notice of forfeiture

Filed in open court this _____day,
Of _____A.D. 20_____

Clerk

Bail, $_____