# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | **CRIMINAL ACTION** |
| v. : | |
| : | **NO. 20-421-1** |
| **GEOFFREY HINES** : | |

## ORDER

**AND NOW**, this 14th day of June, 2022, upon consideration of Defendant's Motion to Suppress Physical Evidence and Statements (Doc. No. 21) and the Government's Response (Doc. No. 28), and following a suppression hearing, it is hereby **ORDERED** that the Motion is **DENIED**.

BY THE COURT:

*/s/ Mitchell S. Goldberg*
**MITCHELL S. GOLDBERG, J.**